# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-40312

**A True Copy**
**Certified order issued May 13, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

MICHAEL RAY ANDERSON,
c/o Estates of Mary Ann Brashear & Columbus Brashear;
ETHEL POGUE, c/o Estate of Mary Ann Brashear & Columbus Brashear,

      Plaintiffs−Appellants,

versus

SHELBY OPERATING COMPANY; SHELBY RESOURCE MANAGEMENT; THOMAS WOOLUM; TOM SIKES; ANN SIKES; ET AL.,

      Defendants−Appellees.

Appeal from the United States District Court
for the Eastern District of Texas

Before SMITH, HAYNES, and WILLETT, Circuit Judges.
PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). The plaintiff filed a *pro se* notice of appeal from the order denying leave to proceed *in forma pauperis*. The appeal must be dismissed for lack of jurisdiction because it is not taken from a final or otherwise appealable order under 28 U.S.C. §§ 1291 and 1292. Accordingly, the appeal is DISMISSED for want of jurisdiction. All pending motions are denied as moot.